IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Case Number: 20-cv-1125

REPUBLIC TECHNOLOGIES (NA), LLC,
and SREAM, INC.,

        Plaintiffs,

v.

TOBACCO CENTER INC. and SAHER ABD SBEIH,

        Defendants.
_____/

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by and through their undersigned counsel, bring this motion for entry of default judgment against Defendants, TOBACCO CENTER INC. and SAHER ABD SBEIH. In support of this motion, Plaintiffs state as follows:

1. This matter was filed on January 17, 2020. [Dkt. 1].

2. Defendant SAHER ABD SBEIH was served on April 7, 2020. [Dkt. 11].

3. Defendant TOBACCO CENTER INC. was not able to served and was non-suited on November 2, 2020. [Dkt. 17].

4. As of December 7, 2020, the Defendants had not responded to the Complaint or otherwise appeared in this instant action.

5. More than 21 days have elapsed since Defendant was served and neither Defendant has appeared, pleaded, or in any way contacted counsel or the court.

6. Default was entered pursuit to Fed. R. Civ. Pro. 55(a) on October 20, 2020. [Dkt. 18].

7. Plaintiffs move for entry of default judgment pursuant to Fed. R. Civ. P. 55(b).

8. In support of the motion, Plaintiffs submit the following certifications:

> <u>Exhibit A</u>: Affidavit of Attorney Chris Langone, as to docket review and costs expended.
>
> <u>Exhibit B</u>: Affidavit of Jarrir Farraj, President of exclusive licensee SREAM, INC., as to statutory damages.
>
> <u>Exhibit C</u>: Investigator's Report
>
> <u>Exhibit D</u>: Judgment in *Republic and Sream v. Raw Smoke and Tobacco, Inc.* (20-cv-01054) for $30,000 in statutory damages.
>
> <u>Exhibit E</u>: Judgment in *Republic and Sream v. US Tobacco 1, Inc* (19-cv-07953) $30,000 in statutory damages.
>
> <u>Exhibit F</u>: Judgment in *Republic and Sream v. Star Shine*, Inc. (20-cv-01031) for $30,000 in statutory damages

9. Plaintiffs also submit and rely upon the Memorandum of Law in Support of Statutory Damages, in the amount of $30,000.

10. Whereas no appearance, answer or other pleading has been filed, Plaintiffs request the entry of judgment by default based on the attached affidavits, in the amount of $30,525.00.

Respectfully Submitted,

s/ Christopher V. Langone

Christopher V. Langone
PO Box 5084
Skokie, IL 60077
(312) 344-1945
langonelaw@gmail.com