IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Case Number: 20-cv-1125

REPUBLIC TECHNOLOGIES (NA), LLC,
and SREAM, INC.,

        Plaintiffs,

    v.

TOBACCO CENTER INC. and SAHER ABD SBEIH,

        Defendants.
_____/

**CERTIFICATE OF SERVICE**

I, Chris Langone, an attorney, certify that I served a copy of the following documents: (1) Plaintiff's Motion for Entry of Default Judgment, along with Exhibits A-F; (2) Plaintiffs' Memorandum of Law in Support of Entry of Default Judgment and (3) This Courts' Orders dated 11/3/20 and 11/18/20. To:

        Saher Abd Sbeih
        3815 Seward Ave.
        Rockford, IL 61108

Via Federal Express 2 day , addressed as above, on this 7th day of December 2020.

                                    /s/ Christopher V. Langone